IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Vs. | § | CRIM. ACTION NO. 9:02CR12 |
| TRACY ROBINS | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION ON REVOCATION OF SUPERVISED RELEASE

The above-entitled and numbered criminal action was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation on Revocation of Supervised Release of the United States Magistrate Judge, filed on November 4, 2011, has been presented for consideration. The parties waived objections to the Report and Recommendation. Defendant consented to revocation and waived his right to be present and speak at sentencing.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation on Revocation of Supervised Release as the findings and conclusions of the Court.

So **ORDERED** and **SIGNED** this **17** day of **November, 2011.**

_____
Ron Clark, United States District Judge